# Notice Recipients

District/Off: 0100–1  User: kford  Date Created: 4/22/2016
Case: 11–10059  Form ID: pdf900  Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U.S. Trustee | ustpregion01.po.ecf@usdoj.gov |
| tr | Peter C. Fessenden | jawill@chap13.com |
| aty | Jeffrey P. White, Esq. | jwhite@whitelawoffices.com |
| aty | John A. Doonan, Esq. | jad@dgandl.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Arthur L Abbott | 243 Northport Avenue | Belfast, ME 04915 | |
| jdb | Joanne M. Abbott | 243 Northport Avenue | Belfast, ME 04915 | |
| smg | State of Maine | Bureau of Revenue Services | Compliance Division Bankruptcy Unit | P.O. Box 1060    Augusta, ME 04332 |

TOTAL: 3